UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Lady Carla Bouvier

Plaintiff

Vs

Defendant

Ambassador Caroline Bouvier Kennedy Schlossberg

CRIMINAL COMPLAINT

CONSPIRACY TO COMMIT MANSLAUGHTER, BODILY HARM & INJURY

The Plaintiff is filing a criminal complaint against Ambassador Caroline Bouvier Kennedy Schlossberg for strong allegations for conspiracy to commit manslaughter. The plaintiff states strong allegations are pending on Ambassador Kennedy and implemented by many, as the primary conspirator and culprit in most of Ms. Bouvier's near fatal traumas.

Ms. Bouvier states she has suffered immensely and contacted her niece Ambassador Kennedy privately and spoke with Caroline's husband Edwin Schlossberg and he accused the plaintiff, Caroline would contact her. The plaintiff states she waited a long time for a resolution in hopes it will not escalate to this degree, unfortunately it has.

The Plaintiff states after years of investigations, police reports, and FBI reports, and witnesses, regrettably it was brought to her attention; that her

life-threatening circumstances were more than likely due to her biological status and relations to Ambassador Kennedy and proposed inheritances due her.

The plaintiff states this solidifies the reasoning for her consistent acute and destitute position, terror, mental torture etc.,

The plaintiff states unfortunately she lived in denial and disbelief for many years until it was brought to her attention that some of her family may want her dead. Ms. Bouvier was never told of her biological status by the family she was raised with, in a small town in Texas. Again Ms. Bouvier states "she understands the era for which she was born. And the plaintiff is not faulting the Defendants for what happened back then but there is no excuse for it to be happening now.

It took Ms. Bouvier several years to comprehend due to the initial shock and betrayal from all the parties and families that obviously wanted her isolated/dead After speaking with an investigator Carla stated" how can they have wanted me isolated, when I had a family, children, a well-known artist, had business endeavors and opportunities, music contracts for Las Vegas residency" How can these people play God with my existence"?

Ms. Bouvier states she refuses to apologize for her own existence or birth for reasons beyond her control. Plaintiff states if the Defendant has an issue with her biologically being related to Ambassador Kennedy, then talk to God.

The plaintiff states "I am truly God's living miracle to have survived the 30 years plus war on her life and constant terror. Carla is seeking compensatory mental and emotional and physical damages.

Sincerely,

*Carla Bouvier*

Carla Bouvier 1021 North Road Suite 4

Westfield MA., 01085

508-685-2304

cbfedcase@gmail.com

July 17, 2024

## SUMMARY OF THE FACTS

1. The Plaintiff and her two children have lived in constant fear and isolation.
2. The plaintiff has encountered what she defines as human trafficking and believes it was brought on to keep her isolated.
3. The plaintiff has received countless death threats
4. The plaintiff has become completely destitute, meaning blocking her in any way economically.
5. The plaintiff has been tormented and endured character assassination to try to discredit her. Spreading vicious lies.
6. The plaintiff does not feel safe seeking medical attention although she lived with heart attack and stroke level blood pressure for 30 plus years.
7. The plaintiff states her phone lines were tapped and her every move was monitored, by creating repeated homelessness.
8. The plaintiff states "a witness told her to ask Caroline why she sent all those people into your life.
9. The plaintiff states one of the people they sent told her "It would be cool if you died Carla "
10. The plaintiff states she endured several judicial injustices and unfair ruling due to Ambassador Kennedy abusing her power with her political influences
11. The plaintiff states she believe all her economic hardship and current destitute position is to keep her isolated
12. Plaintiff states they separated her from her family, one of her son's is special needs and we weren't sure if we'd ever see each other alive again. Isolation.
13. The plaintiff states she believes the separation was from some form of mental torture or trying to prepare her children for her demise.
14. The plaintiff states she believes some of those men that were sent into her life to torture her were associated with Ambassador Kennedy.
15. The Plaintiff states she concludes her Constitutional Rights have been in severe violation of the 14th Amendment (1868)